```
 1  DINA L. SANTOS, Bar #204200
    A Professional Law Corporation
 2  428 J Street, 3rd Floor
    Sacramento, California 95814
 3  Telephone: (916) 447-0160
 4
 5  Attorney for Defendant
    SERGIO ALVAREZ MAGANA
 6
 7
 8              IN THE UNITED STATES DISTRICT COURT
 9             FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11
12  UNITED STATES OF AMERICA,     ) No. CRS 11-346 JAM
                                  )
13              Plaintiff,        )
                                  ) STIPULATION AND ORDER VACATING
14       v.                       ) DATE, CONTINUING CASE, AND
                                  ) EXCLUDING TIME
15  MARGARITO VIDRO-GONZALEZ,     )
    SERGIO ALVAREZ-MAGANA,        )
16              Defendants.       ) Date:  DEC. 13, 2011
                                  ) Time:  9:30 a.m.
17  _____) Judge: Hon. JOHN A. MENDEZ
18
```

19 **IT IS HEREBY STIPULATED** by and between Assistant United States
20 Attorney HEIKO COPPOLA, Counsel for Plaintiff, and Attorney Dina L.
21 Santos, Counsel for Defendant SERGIO ALVAREZ-MAGANA, and Attorney
22 MICHAEL PETRIK, Counsel for Defendant MARGARITO VIDRO-GONZALEZ, that
23 the status conference scheduled for November 1, 2011, be vacated and
24 the matter be continued to this Court's criminal calendar on December
25 13, 2011, at 9:30 a.m., for further status and possible change of plea.
26     This continuance is requested by the defense in order to permit
27 further negotiations with the government, and to continue in client
28 consultations concerning available courses of action.  The defense and

prosecution require more time to negotiate the terms of the plea agreement and the Defense needs time to review the plea agreement with the clients using a certified Spanish interpreter.

**IT IS FURTHER STIPULATED** that time for trial under the Speedy Trial Act, 18 U.S.C. § 3161 *et. seq.* be tolled pursuant to § 3161(h)(7)(A) & (B)(iv), Local code T-4 (time to prepare), and that the ends of justice served in granting the continuance and allowing the defendant further time to prepare outweigh the best interests of the public and the defendant in a speedy trial.

The Court is advised that all counsel have conferred about this request, that they have agreed to the December 13, 2011 date, and that all counsel have authorized Ms. Santos to sign this stipulation on their behalf.

**IT IS SO STIPULATED.**

Dated: October 27, 2011     /s/ Dina L. Santos
DINA L. SANTOS
Attorney for Defendant
SERGIO ALVAREZ-MAGANA

Dated: October 27, 2011     /s/ Michael Petrik
MICHAEL PETRIK
Attorney for Defendant
MARGARITO VIDRO-GONZALEZ

Dated: October 27, 2011     /s/ Heiko Coppola
HEIKO COPPOLA
Assistant United States Attorney
Attorney for Plaintiff

| | |
|---|---|
| 1 | **O R D E R** |
| 2 | **IT IS SO ORDERED.** |
| 3 | By the Court, |
| 4 | |
| 5 | Dated: Oct. 27, 2011 /s/ John A. Mendez |
| 6 | Hon. John A. Mendez<br>United States District Judge |

Stipulation and Order 3