```
1  DINA L. SANTOS, Bar #204200
   A Professional Law Corporation
2  428 J Street, 3rd Floor
   Sacramento, California 95814
3  Telephone: (916) 447-0160
4
5  Attorney for Defendant
   SERGIO ALVAREZ-MAGANA
6
7
8                IN THE UNITED STATES DISTRICT COURT
9              FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11
12 UNITED STATES OF AMERICA,      )  No. CRS 11-346 JAM
                                  )
13           Plaintiff,           )
                                  )  STIPULATION AND ORDER VACATING
14      v.                        )  DATE, CONTINUING CASE, AND
                                  )  EXCLUDING TIME
15 SERGIO ALVAREZ-MAGANA          )
             Defendants.          )
16 _____)  Date:  May 1, 2012
                                  )  Time:  9:30 a.m.
17                                )  Judge: Hon. Mendez
18
```

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney HEIKO COPPOLA, Counsel for Plaintiff, and Attorney Dina L. Santos, Counsel for Defendant SERGIO ALVAREZ-MAGANA, and Attorney Michael Petrik, Counsel for Defendant MARGARITO VIDRO-GONZALEZ, that the status conference scheduled for February 21, 2012, be vacated and the matter be continued to this Court's criminal calendar on May 1, 2012, at 9:30 a.m., for further status and possible change of plea.

This continuance is requested by the defense in order to permit further diligent examination of possible defenses, continue in negotiations with the government, and continue the investigation necessary to prepare the defense.

The Prosecution has provided the Defense with a proposed plea agreement. Defense Counsel needs time to discuss the possible consequences of accepting the proposed offer and are contemplating an open plea.  Should the Defendant's decide to plea without a plea agreement, time will be needed to prepare a factual basis for the Court.  It should also be noted that the Defendant is housed in Butte County which makes it substantially more difficult to meet with the Defendant.

**IT IS FURTHER STIPULATED** that time for trial under the Speedy Trial Act, 18 U.S.C. § 3161 *et. seq.* be tolled pursuant to § 3161(h)(7)(A) & (B)(iv), Local code T-4 (time to prepare), and that the ends of justice served in granting the continuance and allowing the defendant further time to prepare outweigh the best interests of the public and the defendant in a speedy trial.

The Court is advised that all counsel have conferred about this request, that they have agreed to the May 1, 2012 date, and that all Counsel have authorized Ms. Santos to sign this stipulation on their behalf.

**IT IS SO STIPULATED**.

Dated: Feb. 17, 2012            /s/ Dina L. Santos
                                DINA L. SANTOS
                                Attorney for Defendant
                                SERGIO ALVAREZ-MAGANA

Dated: Feb. 17, 2012            /s/ Michael Petrik
                                MICHAEL PETRIK
                                Attorney for Defendant
                                MARGARITO VIDRO-GONZALEZ

Dated: Feb. 17, 2012            /s/ Heiko Coppola
                                HEIKO COPPOLA
                                Assistant United States Attorney
                                Attorney for Plaintiff

**O R D E R**

**IT IS SO ORDERED.**

        By the Court,


Dated: February 17, 2012        /s/ John A. Mendez
                                                Hon. John A. Mendez
                                                United States District Judge