```
1   DINA L. SANTOS, Bar #204200
    A Professional Law Corporation
2   428 J Street, 3rd Floor
    Sacramento, California 95814
3   Telephone: (916) 447-0160

4

5   Attorney for Defendant
    SERGIO ALVAREZ MAGANA
6

7

8                   IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11

12  UNITED STATES OF AMERICA,      )  No. CRS 11-346 JAM
                                   )
13                 Plaintiff,      )
                                   )  STIPULATION AND ORDER VACATING
14       v.                        )  DATE, CONTINUING CASE, AND
                                   )  EXCLUDING TIME
15  MARGARITO VIDRO-GONZALEZ,      )
    SERGIO ALVAREZ-MAGANA,         )
16                 Defendants.     )  Date:  September 11, 2012
                                   )  Time:  9:45 a.m.
17  _____)  Judge: Hon. MENDEZ

18
```

19     **IT IS HEREBY STIPULATED** by and between Assistant United States

20  Attorney HEIKO COPPOLA, Counsel for Plaintiff, and Attorney Dina L.

21  Santos, Counsel for Defendant SERGIO ALVAREZ-MAGANA, and Attorney

22  MICHAEL PETRIK, Counsel for Defendant MARGARITO VIDRO-GONZALEZ, that

23  the status conference scheduled for August 21, 2012, be vacated and the

24  matter be continued to this Court's criminal calendar on September 11,

25  2012, at 9:45 a.m., for further status and possible change of plea.

26     This continuance is requested by the defense in order to permit

27  further client consultations the new draft of the plea agreement.  Both

28  Counsel need time to confer with their client's and to have the

superceding indictment read to the clients in Spanish by a certified interpreter.

**IT IS FURTHER STIPULATED** that time for trial under the Speedy Trial Act, 18 U.S.C. § 3161 *et. seq.* be tolled pursuant to § 3161(h)(7)(A) & (B)(iv), Local code T-4 (time to prepare), and that the ends of justice served in granting the continuance and allowing the defendant further time to prepare outweigh the best interests of the public and the defendant in a speedy trial.

The Court is advised that all counsel have conferred about this request, that they have agreed to the September 11, 2012 date, and that all counsel have authorized Ms. Santos to sign this stipulation on their behalf.

**IT IS SO STIPULATED**.

Dated: August 20, 2012            /s/ Dina L. Santos
                                  DINA L. SANTOS
                                  Attorney for Defendant
                                  SERGIO ALVAREZ-MAGANA

Dated: August 20, 2012            /s/ Michael Petrik
                                  MICHAEL PETRIK
                                  Attorney for Defendant
                                  MARGARITO VIDRO-GONZALEZ

Dated: August 20, 2012            /s/ Heiko Coppola
                                  HEIKO COPPOLA
                                  Assistant United States Attorney
                                  Attorney for Plaintiff

**O R D E R**

**IT IS SO ORDERED.**

By the Court,

Dated: Aug.20, 2012          /s/ John A. Mendez
                             Hon. John A. Mendez
                             United States District Court Judge